ACCEPTED
03-15-00440-CV
6769033
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/2/2015 3:34:23 PM
JEFFREY D. KYLE
CLERK

**CASE NO. 03-15-00440-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/2/2015 3:34:23 PM
JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS
# THIRD DISTRICT OF TEXAS
# AUSTIN, TEXAS

RAYMOND COX, JR., AND TAMESA COX, et al.
*Appellants*,

v.

GMAC MORTGAGE. LLC,
*Appellee*.

Appeal from the County Court at Law Number Three
Bell County, Texas (Case No. 74,283)

## APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION

Respectfully submitted,

/s/ Paul Hoefker
By: Paul A. Hoefker
Texas Bar No. 09772800
ALDRIDGE PITE, LLP
550 Westcott, Suite 560
Houston, Texas 77007
713-293-3618 phone

858-412-2773 fax
[phoefker@aldridgepite.com](mailto:phoefker@aldridgepite.com)

## APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 42, Appellee GMAC Mortgage, LLC, respectfully moves the Court to dismiss this appeal for lack of jurisdiction.

## SUMMARY

This is an appeal from an eviction case tried in the County Court of Bell County, Texas. The County Court ruled in favor of GMAC, the Appellee. The Appellants' attempted appeal is untimely under the Texas Rules, and this appeal should be dismissed for lack of jurisdiction.

## BACKGROUND

Appellee GMAC sued Appellants Raymond Cox, Jr., Tamesa Cox, and/or all occupants of 2208 Bellmont, Temple Texas 76504, in an eviction action in the JP Court of Bell County, seeking possession of the property. GMAC was successful at the Justice Court stage, and the Coxes appealed to obtain a trial *de novo* in the Bell County Court. After trial, the Bell County Court signed its Judgment in GMAC'S favor on April 17, 2015. The Coxes attempted to file a Motion for New

Trial on May 17, 2015, (thirty days after the Judgment was signed), and they filed a Notice of Appeal (to the Court of Appeals) on July 15, 2015.

## ARGUMENTS AND AUTHORITIES

Under the new Rules governing cases in Justice Court, which took effect on August 13, 2013, no Motion for New Trial is allowed in eviction cases, and the Appellant's case should be dismissed for want of jurisdiction. Tex. Rule Civ. Pro. 510.1, provides as follows regarding the Rules' application to eviction cases:

> RULE 510.1. APPLICATION
>
> Rule 510 applies to a lawsuit to recover possession of real property under Chapter 24 of the Texas Property Code.

Rule 510.8 (e) provides, in relevant part as follows:

> RULE 510.8. JUDGMENT; WRIT; NO NEW TRIAL
>
> (e) No Motion For New Trial. No motion for new trial may be filed.

Therefore, under the express language of the new rules, no Motion for New Trial may be filed in an eviction case.

Furthermore, the Fort Worth Court of Appeals' ruling in the old 2008 *Shaw v. Shaw* case cited by the Appellants in their purported Motion for New Trial has been supplanted by the new Justice Court Rules, which expressly provide that no motion for new trial may be filed.

Finally, the appeal is untimely.  The Appellants did not attempt to appeal this case until July 15, 2015--(89 days after the Bell County Court Judgment was signed). The county court lost jurisdiction over the case after May 17, 2015.  The appeal is untimely and this case should be dismissed for want of jurisdiction.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellee respectfully requests that this Honorable Court grant this motion and dismiss this appeal for lack of jurisdiction; that all costs should be borne by the Appellants; and for such other and further relief to which Appellee may be justly entitled.

Respectfully submitted,

/s/ Paul Hoefker

By: Paul A. Hoefker
Texas Bar No. 09772800
ALDRIDGE PITE, LLP
550 Westcott, Suite 560
Houston, Texas 77007
713-293-3618 phone
858-412-2773 fax
phoefker@aldridgepite.com

ATTORNEY FOR APPELLEE

## CERTIFICATE OF COMPLIANCE WITH RULE 9

Pursuant to Rule 9 of the Texas Rules of Appellate Procedure, I hereby certify that the number of words in this document, as reflected by my WORD software, is 724.

/s/ Paul Hoefker
Paul A. Hoefker

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on July 20, 2015, and again on August 31, 2015, I attempted to communicate with Mr. Michael Brinkley, Appellants' counsel, regarding this Motion. He is presumed to be opposed to this Motion to Dismiss this Appeal.

/s/ Paul Hoefker
Paul A. Hoefker

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served in accordance with the Texas Rules of Appellate Procedure on August 31, 2015, to:

Michael Brinkley, Appellants' attorney, via fax at 888-511-0946.

/s/ Paul Hoefker
Paul A. Hoefker